AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Mississippi

| | |
|---|---|
| Juan Francisco Sandoval Diaz )<br><br>*Plaintiff* )<br>v. )<br>Ryan Alexander d/b/a Ryan Alexander Farms and )<br>Alexander Farms, LLC )<br>*Defendant* ) | Civil Action No. 3:10CV114-MA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ryan Alexander
204 County Road 441
Vardaman, MS 38878

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Brent McBride
c/o Melody Fowler-Green
Southern Migrant Legal Services
A Project of Texas RioGrande Legal Aid, Inc.
311 Plus Park Blvd., Ste. 135
Nashville, TN 37217

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David Crews
*CLERK OF COURT*

Date: NOV 15, 2010

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Mississippi

| | | |
|---|---|---|
| Juan Francisco Sandoval Diaz | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 3:10CV114-MA |
| Ryan Alexander d/b/a Ryan Alexander Farms and Alexander Farms, LLC | ) ) ) | |
| *Defendant* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Alexander Farms, LLC
c/o Kenneth W. Alexander, Registered Agent
204 County Road 441
Vardaman, MS 38878

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brent McBride
c/o Melody Fowler-Green
Southern Migrant Legal Services
A Project of Texas RioGrande Legal Aid, Inc.
311 Plus Park Blvd., Ste. 135
Nashville, TN 37217

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David Crews
CLERK OF COURT

Date: NOV 15, 2010

*Signature of Clerk or Deputy Clerk*