(N.D.Miss.1990)

## *UNITED STATES DISTRICT COURT*
NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

### **NOTICE**

JUAN FRANCISCO SANDO DIAZ

     V.                                                  CASE NO. 3:10CV114-M-A

RYAN ALEXANDER, ET AL

**TAKE NOTICE** that a proceeding in this case has been **RESET** for the place, date, and time set forth below:

*Place*
U.S. FEDERAL BLDG.
**Oxford, MS**

*Room No.*
911 JACKSON AVE., ROOM 242

*Date and Time*
**June 7, 2011 at 1:30 p.m.**

*Type of Proceeding*

**CASE MANAGEMENT CONFERENCE
BEFORE UNITED STATES MAGISTRATE JUDGE ALLAN ALEXANDER**
CONFIDENTIAL SETTLEMENT MEMORANDUM DUE TO THE COURT BY MAY 24, 2011

                                                         DAVID CREWS
                                                     Clerk of Court
                                                 /s/ Willie Sue Miller

                                                 (BY) Willie Sue Miller
                                                 Courtroom Deputy

Date: May 11, 2011

**CONTACT WILLIE SUE MILLER AT 234-3114 IF YOU HAVE ANY QUESTIONS**