**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**JUAN FRANCISCO SANDO DIAZ**                               **PLAINTIFF**

**VS.**                                        **CIVIL ACTION NO. 3:10CV114-M-A**

**RYAN ALEXANDER, ET AL.**                                    **DEFENDANTS**

## ORDER

Melody Fowler-Green seeks leave to withdraw as one of the counsel of record for the plaintiff. Counsel has not, however, adhered to L.U.Civ.R. 83.1(b)(3), and therefore the motion is denied without prejudice. Counsel may examine the local rule and submit an application which complies with its requirements.

SO ORDERED, this the 4th day of June, 2012.

                                                    /s/ S. Allan Alexander
                                                    UNITED STATES MAGISTRATE JUDGE