UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JUAN FRANCISCO SANDOVAL DIAZ,                                PLAINTIFF

VS.                                     CIVIL ACTION NO. 3:10-cv-114-M-A

RYAN ALEXANDER d/b/a RYAN ALEXANDER FARMS and
ALEXANDER FARMS, LLC,                                               DEFENDANTS

## STIPULATION OF DISMISSAL

Pursuant to Fed. R Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed, by and among the parties through their undersigned counsel, that the above-styled cause of action is discontinued and the complaint dismissed with prejudice.

                                                            Respectfully submitted,

                                                            **/s/ Caitlin Berberich**
                                                            Caitlin Berberich
                                                            Tennessee Bar No. 025780
                                                            Admitted *Pro Hac Vice*
                                                            Email: cberberich@trla.org
                                                            SOUTHERN MIGRANT LEGAL SERVICES
                                                            A PROJECT OF TEXAS RIOGRANDE LEGAL
                                                            AID, INC.
                                                            311 Plus Park Blvd., Ste. 135
                                                            Nashville, Tennessee 37217
                                                            Telephone: (615) 750-1200
                                                            Facsimile: (615) 366-3349

                                                            W. Brent McBride
                                                            Co-Counsel for Plaintiff
                                                            Mississippi Bar No. 101442
                                                            PO Box 84
                                                            211 N. Madison Street
                                                            Tupelo, MS 38804
                                                            Telephone: (662) 690-9288
                                                            Facsimile: (662) 690-9290
                                                            Email: brent@brentmcbride.com

ATTORNEYS FOR PLAINTIFF

**/s/ Bo R. Brock**
Bo R. Brock, MSB# 102309
THE DEATON LAW FIRM
419 Magazine Street
Post Office Box 1726
Tupelo, MS 38802-1726
Telephone: (662) 844-2055
Facsimile: (662) 840-6039
Email: bo@deatonlawfirm.net

ATTORNEY FOR DEFENDANTS

**Certificate of Service**

     I hereby certify that on this the 28th day of August, 2012, I electronically filed this document with the Clerk of Court using the ECF system, which sent notice of such filing to the following counsel for Defendants:

Bo R. Brock
The Deaton Law Firm
419 Magazine St.
PO Box 1726
Tupelo, MS 38802-1726
bo@deatonlawfirm.net

                                                **/s/ Caitlin Berberich**
                                                Caitlin Berberich